# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco Barrios-Siquenza**<br>DOB: 1989; Citizen of Guatemala | DOCKET NO. **VICTIM** |
| | MAGISTRATE'S CASE NO.<br>12-02085M- |
| Complaint for violation of Title 18 United States Code §§ 111(a)(1). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 9, 2012, at or near Topowa, in the District of Arizona, defendant **Francisco Barrios-Siquenza**, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with U.S. Border Patrol Agent Michael Cook, while Agent Cook was engaged in the performance of his official duties, that is, **Barrios-Siquenza** struck Agent Cook in the area of his upper lip with a rock, an act that involved physical contact, in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 9, 2012, a group of approximately fourteen suspected illegal aliens were spotted walking north of Cabin Road near Topawa, by Border Patrol Agents utilizing an Agent Portable Surveillance System. Agents on the ground responded to the area. Agent Michael Cook encountered a subject later identified as **Francisco Barrios-Siquenza**. Agent Cook identified himself and directed **Barrios-Siquenza** to show him his hands. When **Barrios-Siquenza** turned, the agent noticed what appeared to be a rock in his hand, which he swung at the agent's head and face. **Barrios-Siquenza** struck Agent Cook on the upper lip, and the agent fell to the ground and hit the right side of his head on some rocks. The agent grabbed **Barrios-Siquenza's** leg and was able to deploy his Electronic Control Device (Taser). **Barrios-Siquenza** was eventually apprehended with the assistance of another agent.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA Kimberly E. Hopkins<br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>U.S. Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 11, 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54